TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00663-CR

Michael Schwab, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF CALDWELL COUNTY

NO. 22,803, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for driving while license
suspended, second offense. Appellant has filed a motion to withdraw the appeal. No decision of
this Court has been delivered. The motion is granted and the appeal is dismissed. See Tex. R.
App. P. 59(b).

Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: February 21, 1996

Do Not Publish